UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET SINGH KHAMBA, aka GURJIT SINGH,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | Case No.: 1:25-cv-01227-JLT-SKO (HC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 17]<br><br>[DEADLINE: DECEMBER 17, 2025] |

The parties have filed a joint stipulation for a one-month extension to file Petitioner's brief on the merits of his habeas petition.

Good cause having been presented and good cause appearing therefor, the deadline for Petitioner's brief is EXTENDED to December 17, 2025. The government may file a brief within thirty (30) days thereafter.

IT IS SO ORDERED.

Dated:   **November 17, 2025**              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

1