Johnny Sinodis (CA Bar #290402)
Chloe Czabaranek (California Bar #336258)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Harmeet Singh KHAMBA a.k.a. Gurjit SINGH, <br><br> Petitioner, <br><br> v. <br><br> Sergio ALBARRAN et al., <br><br> Respondents. | Case No. 1:25-cv-01227-JLT-SKO <br><br> **JOINT STIPULATION FOR FORTY-FIVE DAY EXTENSION OF PETITIONER'S DEADLINE TO FILE SUPPLEMENTAL BRIEF AND ORDER THEREON** |

Pursuant to Civil Local Rule 144(a), Petitioner and Respondents hereby respectfully request that the Court grant this Joint Stipulation to extend Petitioner's deadline to file his supplemental brief on the merits of his habeas petition and complaint by forty-five days, to January 31, 2026. Pursuant to the Court's text order, Dkt. 18, Petitioner's brief is currently due on December 17, 2025.

In the past two weeks, Petitioner's counsel has had to take on three new emergency habeas matters for previously existing clients, one of which required him to travel and spend time out of the office. Petitioner's counsel's wife is also currently nine months pregnant. Based on how she is feeling, she could go into labor at any time. He expects to imminently be out of the office on paternity leave and will be on leave for a month, until at least mid-January 2026.

For these reasons, Petitioner's counsel contacted Respondents' counsel, Joseph Barton, to obtain Respondents' position on this stipulation. In light of the circumstances, Respondents are amenable to a forty-five-day extension.

For the aforementioned reasons, the parties respectfully request that the Court grant this Joint Stipulation and extend the Petitioner's supplemental brief deadline by forty-five days to January 31, 2026. Respondents' response to Petitioner's supplemental brief will be due thirty days thereafter, on March 2, 2026.

DATED: December 15, 2025                    Respectfully submitted,

                                            VAN DER HOUT LLP

                                            */s/ Johnny Sinodis*
                                            JOHNNY SINODIS
                                            CHLOE CZABARANEK

                                            Attorneys for Petitioner Harmeet Singh Khamba


                                            ERIC GRANT
                                            United States Attorney

                                            */s/ Joseph Barton*
                                            JOSEPH BARTON
                                            Assistant United States Attorney

                                            Attorneys for Respondents Sergio Albarran et al.

* In compliance with Civil Local Rule 131(e), the filer attests that all signatories have concurred in the filing of this document.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file a supplemental brief on the merits of his habeas petition and complaint is extended to January 31, 2026. Respondents' response deadline is reset to March 2, 2026.

IT IS SO ORDERED.

Dated:   **December 16, 2025**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE